UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY KELLER, et al., <br><br> Plaintiffs, <br> v. <br><br> EL PIKETON LLC, et al., <br><br> Defendants. | CASE NO. C25-0388JLR <br><br> ORDER |
| LINA POSADA, et al., <br><br> Plaintiffs, <br> v. <br><br> EL PIQUE NIGHTCLUB LLC, et al., <br><br> Defendants. | CASE NO. C25-0461LR |

Before the court is a stipulated motion to consolidate filed by the plaintiffs and defendants in the above-captioned cases. (Stip. Mot. (Dkt. # 20).) The parties move to

ORDER - 1

1 | consolidate *Keller v. El Piketon LLC*, No. C25-0388JLR (W.D. Wash.) with *Posada v. El*
2 | *Pique Nightclub LLC*, No. C25-0461JLR (W.D. Wash.) and to treat the *Posada* matter as
3 | the lead matter going forward. (*See generally id.*) The parties represent that both matters
4 | involve common questions of law and fact. (*Id.* at 2.)
5 | The court has reviewed the complaints in *Keller* and *Posada* and agrees that
6 | consolidation is appropriate. Accordingly, the court GRANTS the parties' stipulated
7 | motion (Dkt. # 20) and ORDERS that these matters shall be consolidated. Case number
8 | C25-0461JLR shall remain open and be considered the lead case. Case number
9 | C25-0388JLR shall be closed and the documents already filed in that matter shall be
10 | considered part of the lead case's record. All future documents filed in connection with
11 | these matters shall be filed in case number C25-0461JLR and shall bear the case number
12 | C25-0461JLR. Furthermore, the court GRANTS the parties' request to have this matter
13 | proceed under the case scheduling order entered in the *Posada* matter. (*See*
14 | C25-0461JLR, Dkt. # 19.)
15 | Dated this 16th day of January, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2